IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| ANTHONY ROBINSON | : | No. 21-175-2 |

## ORDER

AND NOW, this 16th day of February, 2022, upon consideration of Defendant Anthony Robinson's Motion for Judgment of Acquittal (Doc. No. 57) and the United States' Response in Opposition (Doc. No. 63); it is **ORDERED** that Mr. Robinson's Motion for Judgment of Acquittal (Doc. No. 57) is **DENIED** for the reasons set forth in the Court's accompanying Memorandum.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE